IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RS, a minor, represented by and through
his parents and guardians, SS and TS,**

       Plaintiff,

          v.

**DETECTIVE RICH MATRISCIANO, an
individual; JANE DOE, an individual;
CITY OF HILLSBORO, a municipal
corporation; BRENDA VOYTEK, an
individual; and OREGON DEPARTMENT
OF HUMAN SERVICES, a public body,**

       Defendants.

No. 3:11-cv-0667-ST
OPINION AND ORDER

Thomas Freedman, Jr.
Pearl Law LLC
312 N.W. 10th Avenue, Suite 201
Portland, Oregon 97209
      Attorney for Plaintiff

Steven A. Kraemer
Leslie Anne Edenhofer
Hoffman Hart & Wagner, LLP
1000 S.W. Broadway, 20th Floor
Portland, Oregon 97205
      Attorneys for Defendants Rich Matrisciano and
      City of Hillsboro

Dirk L. Pierson
Department of Justice
Trial Division, Torts Section
1162 Court Street NE
Salem, Oregon 97301
        Attorney for Defendants Oregon Department of Human
        Services and Brenda Voytek

**SIMON, District Judge:**

On October 25, 2011, Magistrate Judge Janice Stewart filed Findings and

Recommendations in this case (doc. # 32). Judge Stewart recommended that the motion to

dismiss filed by defendant Brenda Voytek (doc. # 20) be denied. No objections have been filed.

Under the Federal Magistrates Act, the court may "accept, reject or modify, in whole or

in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a

party files objections to a magistrate's findings and recommendations, "the court shall make a *de

novo* determination of those portions of the report or specified proposed findings or

recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If, however, no objections are filed, the Magistrates Act does not prescribe any standard

of review. In such cases, "[t]here is no indication that Congress, in enacting [the Magistrates

Act] intended to require a district judge to review a magistrate's report[.]" *Thomas v. Arn,* 474

U.S. 140, 152 (1985); *see also United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003)

(*en banc*) (court must review *de novo* magistrate's findings and recommendations if objection is

made, "but not otherwise").

Although in the absence of objections no review is required, the Magistrates Act "does

not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other

standard." *Thomas,* 474 U.S. at 154. Indeed, the Advisory Committee Notes to Rule 72(b) of the

Opinion and Order Page 2

Federal Rules of Civil Procedure recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings and recommendations for "clear error on the face of the record."

No objections having been made, the court follows the recommendation of the Advisory Committee and reviews Magistrate Judge Stewart's findings and recommendations for clear error on the face of the record. No such error is apparent.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (doc. # 32).

IT IS SO ORDERED.

Dated this 7th day of December, 2011.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge